825 A.2d 1138

IN THE MATTER OF SHARON WADE–SPEARMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 032771980).

June 25, 2003.

## ORDER

The Disciplinary Review Board having issued a letter of admonition in DRB 02–461 to **SHARON WADE–SPEARMAN** of **IRVINGTON**, who was admitted to the bar of this State in 1980, for violating *RPC* 3.3(a)(1) (knowingly making a false statement of material fact to a tribunal);

And respondent having been ordered to show cause why she should not be disciplined as provided for in *Rule* 1:20–15A;

And the Court having determined from its review of the record that the appropriate discipline is a reprimand;

And good cause appearing;

It is ORDERED that the admonition issued by the Disciplinary Review Board is vacated and **SHARON WADE–SPEARMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.